No. 23-1779

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| ROGER SIMS-BEY, | ) | Appeal from the United States |
| | ) | District Court for the |
| Plaintiff-Appellant, | ) | Central District of Illinois, |
| | ) | |
| v. | ) | |
| | ) | |
| JASON JESTER, JUSTIN HAMMERS, KYLE BLOYD, NORMAN SMITH, CHERYLLE HINTHORNE, STEVEN WALTERS, SETH NABER, MICHAEL KEITHLEY, STEPHEN KEIM, NATHAN WHEELER, GALEN DELLINGER, DARREN WILLIAMS, DEE DEE BROOKHART, ROBERT STACHNIAK, MATTHEW CURTIS, BRYAN BACA, AND GEORGE ADAMSON, | ) | No. 20-CV-1055 |
| | ) | The Honorable |
| | ) | SUE E. MYERSCOUGH, |
| Defendants-Appellees. | ) | Judge Presiding |

**DEFENDANTS-APPELLEES' MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

Defendants-Appellees Jason Jester, Justin Hammers, Kyle Bloyd, Norman Smith, Cherylle Hinthorne, Steven Walters, Seth Naber, Michael Keithley, Stephen Keim, Nathan Wheeler, Galen Dellinger, Darren Williams, Dee Dee Brookhart, Robert Stachniak, Matthew Curtis, Bryan Baca, and George Adamson move this court for a 30-day extension of time, from March 27, 2024, to April 26, 2024, to file their response brief in this appeal. The attached declaration is submitted in support of this motion.

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By: <u>/s/ Megan L. Brown</u>
MEGAN L. BROWN
Assistant Attorney General
115 South LaSalle
Chicago, Illinois 60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov

# DECLARATION

I, Megan L. Brown, state the following:

1. I am a citizen of the United States over the age of 18. My current business address is 115 South LaSalle Street, Chicago Illinois 60603. I have personal knowledge of the facts set forth in this declaration. If called upon, I could competently testify to these facts.

2. I am an Assistant Attorney General in the Civil Appeals Division of the Office of the Attorney General of the State of Illinois, and have been assigned to represent the Defendants-Appellees before this court in the appeal docketed as *Sims-Bey v. Jester.*, No. 23-1779.

3. The Defendants-Appellees' response brief is due by March 27, 2024, on three extension of time. This is the Defendant-Appellees' fourth request for an extension of time to file this brief. On December 12, 2023, defendants-appellees filed their first motion for extension of time, Doc. 12, which this court granted the same day, Doc. 13. On January 17, 2024, defendants-appellees filed their second motion for extension of time, Doc. 14, which this court granted on January 18, 2024, Doc. 15. On February 15, 2024, defendants-appellees filed their third motion for extension of time, Doc. 17, which this court granted on the same day, Doc. 18.

4. This motion is being filed at least seven days before the response brief's due date, as required by 7th Cir. R. 26.

5. I will be unable to finish drafting the response brief in this appeal, have it reviewed through the regular review process of the Civil Appeals Division, finalize it, and file it with this court by March 27, 2024 for the following reasons.

6. On March 11, 2024, I filed the response brief on behalf of state respondents Cameron Watson, David Frank, and Angela McKittrick with this court, in *Ealy v. Watson*, No 23-1228. I gave this brief priority in my work schedule because I made significant progress on a draft of the brief and it was due on two extensions of time.

7. On March 14, 2024, I was required to attend a mandatory election-monitoring training in order to fulfill my duties as an Assistant Attorney General, who must monitor all Illinois elections.

8. On March 19, 2024, I was out of the office to monitor the Illinois State primary election as part of my duties as an Assistant Attorney General. I was unable to work on my brief on this date.

9. For these reasons, I seek an extension of time from March 27, 2024, to April 26, 2024, to file the response brief on behalf of the Defendants-Appellees in this action.

10. I do not request this extension of time from March 27, 2024, to April 26, 2024, to file the response brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 20, 2024.

/s/ Megan L. Brown
MEGAN L. BROWN
Assistant Attorney General
115 South LaSalle
Chicago, Illinois 60603
(224) 204-9642 (office)
(312) 415-6318 (cell)
Megan.Brown@ilag.gov

# CERTIFICATE OF FILING AND SERVICE

I certify that on March 20, 2024, I electronically filed the foregoing Defendants-Appellees' Motion for Extension of Time to File Brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

The other participant in this appeal, named below, is not a CM/ECF user, and thus was served by placing a copy in an envelope bearing proper prepaid postage and directed to the address indicated below, and depositing the envelope in the United States mail at 100 West Randolph Street, Chicago, Illinois 60601, before 5:00 PM on March 20, 2024.

Roger Sims-Bey  
House of James Agency  
15957 South Halsted Street  
Harvey, IL 60426

/s/ Megan L. Brown  
MEGAN L. BROWN  
Assistant Attorney General  
115 South LaSalle  
Chicago, Illinois 60603  
(224) 204-9642 (office)  
(312) 415-6318 (cell)  
Megan.Brown@ilag.gov